IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| DRIP CAPITAL, INC., | ) | |
| | ) | |
| *Plaintiff and Garnishor* | ) | |
| | ) | |
| v. | ) | **Civil Action No. 2:24-cv-00059** |
| | ) | |
| INTERNATIONAL BANK OF COMMERCE, LAREDO, TEXAS, | ) ) | |
| | ) | |
| *Garnishee* | ) | |
| | ) | |

**APPLICATION FOR WRIT OF
GARNISHMENT AFTER JUDGMENT**

1. Drip Capital, Inc. (Drip Capital), is a corporation organized under the laws of the State of Delaware with its principal place of business in the State of California.

2. International Bank of Commerce, Laredo, Texas, a/k/a IBC Bank, is a Texas State Financial Institution with its main office and headquarters in Laredo, Texas.

3. The judgment debtor, Benxi Forwarding Transfer and Services, Inc. (Benxi), is a corporation organized under the laws of the State of Texas with its principal place of business in the State of Texas.

4. This court has subject matter jurisdiction over this case pursuant to 28 U.S.C. §1332(a)(1) because there is complete diversity between the plaintiff in garnishment, on the one hand, and the garnishee and judgment debtor, on the other hand, and, as alleged herein, the amount in controversy exceeds $75,000 exclusive of interest and costs.

5. On August 8, 2023, Drip Capital filed suit against Benxi in this court styled *Drip Capital, Inc. v. Benxi Forwarding Transfer and Services, Inc.*, Civil Action No. 2:23-cv-00037-AM-MHW.

6. On March 8, 2024, the court granted Drip Capital's Motion for Default Judgment and entered judgment against Benxi in the liquidated amount of $1,552,110, plus simple interest at the rate of 5.00 percent on the principal amount since August 8, 2023, through the date before entry of judgment, with additional interest to accrue upon the Judgment at the rate of 5.00 percent, to be compounded annually, until the Judgment is satisfied (ECF No. 18). The judgment is final, valid, and subsisting, and it is wholly unsatisfied.

7. The judgment debtor's last known mailing address is Benxi Forwarding Transfer and Services, Inc., 1073 Adams Circle, Suite 400, Eagle Pass, Texas 78852.

8. Drip Capital has reason to believe, and does believe, that garnishee bank is indebted to the judgment debtor by reason of one or more bank accounts in the name of judgment debtor.

9. The application is supported by the affidavit of Karl Boog, attached hereto as Exhibit A. Mr. Boog is the Chief Business Officer of Drip Capital and has knowledge of the relevant facts.

10. Drip Capital requests that a writ of garnishment issue and that it have judgment against IBC to satisfy the prior judgment against Benxi, as provided by law, together with costs of court, and such other and further relief to which Drip Capital may be entitled.

DATED: May 28, 2024.

Respectfully submitted,

Richard J.J. Scarola
New York Bar No.: 1885177
Scarola Zubatov Schaffzin PLLC
620 Fifth Avenue, 2nd Floor
New York, NY 10020
Tel: (212) 757-0007
Fax: (212) 757-0469
Email: rjjs@szslaw.com

*/s/ Rand J. Riklin*
Rand J. Riklin
Texas Bar No.: 16924275
Goode Casseb Riklin Choate & Watson
2122 N. Main Ave.
P.O. Box 120480
San Antonio, Texas 78212-9680
Telephone: (210) 733-6030
Facsimile: (210) 733-0330
E-mail: riklin@goodelaw.com